IN RE: SEIDEL V. PARMERLEE ET AL
Case No. 23-32492-sgj
Adv. No. 25-03115-sgj

**SUMMONS SERVICE EXECUTED**

I, Kyle Jaksa, of Munsch Hardt Kopf & Harr, P.C. certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 31st day of October, 2025, I served a copy of the summons and scheduling order attached hereto, together with the complaint filed in this proceeding, on:

**DIANE PARMERLEE.**

a defendant in this proceeding, by

U.S. mail first class, postage prepaid

to the said defendant at:

DIANE PARMERLEE
13227 HUGHES LANE
DALLAS, TX 75240

I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2025
*Date*

*/s/ Kyle Jaksa*
J. Kyle Jaksa, Esq.
Texas Bar No. 24120923

Munsch Hardt, Kopf & Harr, P.C.
500 N. Akard St., Ste. 4000
Dallas, TX 75201
*Mailing address*