CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 14, 2026**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHER DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-32492-sgj7 |
| LENPAR OPERATIONS, LLC, | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. No. 25-03115-sgj |
| | § | |
| MARK PARMERLEE, MICHAEL PARMERLEE, DIANE PARMERLEE, MATTHEW PARMERLEE, HENRY LEONARD, CHRIS MITCHELL, LENPAR, LLC, GOLDEN TREE RESTAURANTS, LLC, MP INTERESTS, LTD., F.P. GRAPEVINE 2023, LLC, F.P. | § | |

| | |
|---|---|
| FORT WORTH 2022, LLC, GFC LEASING CORP., LLC, MP INTERESTS MANAGEMENT, LLC, GOLDEN OPERATING CORPORATION, MARSHALL FISCO JR., JAMES MAXWELL, NANCY JACOBI, DAVID RUTOWSKI, AND CHERYL BULLARD | § § § § § § § |
| | § |
| Defendant(s). | § |

**AGREED SCHEDULING ORDER**

The following docket control order shall apply to this case unless modified by the Court or by agreement of the parties:

**IT IS ORDERED THAT:**

1. Deadline for Defendants to file an answer or otherwise respond to the Trustee's *Original Complaint* [Dkt. No. 1] is on or before **January 9, 2026**.

2. Initial disclosures are due on or before **June 12, 2026**.

3. The names and addresses of experts must be exchanged on or before **September 4, 2026**.

4. Parties shall complete fact discovery on or before **September 25, 2026**.

5. All dispositive motions shall be filed and served on all other parties on or before **September 25, 2026**. Responses shall be filed and served on all other parties not later than 21 days of the service of the motion. Any replies shall be filed and served on all other parties not later than 7 days of the service of the response.

6. Expert discovery shall be completed on or before **October 9, 2026**.

7. Discovery must be served promptly enough to permit timely response by the other party. Parties may, by agreement, continue discovery beyond these deadlines without further order of this Court.

8. Except for impeachment documents, all exhibits, along with a list of witnesses to be called, shall be exchanged with all other parties no later than **October 30, 2026**. All exhibits not objected to in writing by Docket Call shall be admitted into evidence at trial without further proof, except for objections to relevance. Written objections to exhibits will be taken up either at the beginning or during the course of the actual trial or at any pretrial conference.

9. On or before **October 30, 2026**, a Joint Pretrial Order in compliance with Local District Court Rule 16.4 shall be filed, served, and uploaded for Court entry. All parties are responsible for preparing the Joint Pretrial Order, which shall contain the following: (a) a summary of the claims and defenses of each party; (b) a statement of stipulated facts; (c) a list of the contested issues of fact; (d) a list of contested issues of law; (e) an estimate of the length of trial; (f) a list of additional matters which would aid in the disposition of the case; and (g) the signature of each attorney.

10. On or before **October 30, 2026**, the parties shall file proposed findings of fact and conclusions of law.

11. On or before **October 30, 2026**, the parties shall file briefs addressing contested issues of law.

12. Docket call for this Adversary Proceeding shall be held on the Court's September, 2026 trial docket call day, set for **November 9, 2026 at 1:30 p.m.**

13. Trial of this Adversary Proceeding shall be held on the Court's September, 2026 trial week, set for the week of **November 16, 2026**.

14. This Agreed Order, and each party's agreement to this Agreed Order, is wholly without prejudice to all issues concerning the Court's core and non-core jurisdiction, or the lack thereof, or the lack of any consent to this Court's entry of final judgment, or to any motion for

withdrawal of the reference, and all rights, issues, objections, defenses, and arguments concerning any of the foregoing are preserved and may be asserted by each party as is otherwise appropriate notwithstanding the entry of this Order.

15. Entry of this Agreed Order is without prejudice to any party seeking further extensions of deadlines or amendments to this Agreed Order.

16. To the extent not otherwise addressed by this Agreed Order, all other deadlines shall be governed by the *Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order* entered at Docket Number 4, and all applicable Federal Rules of Bankruptcy Procedure, Federal Rules of Civil Procedure as incorporated by the Bankruptcy Rules, and the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas.

### End of Order ###

**AGREED:**

**MUNSCH HARDT KOPF & HARR P.C.**

*/s/ Kyle Jaksa*
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
J. Kyle Jaksa, Esq.
Texas Bar No. 24120923
Jacob J. King, Esq.
Texas Bar No. 24136951
500 North Akard St., Ste. 4000
Dallas, Texas 75201
Telephone: (214) 855-7500
tberghman@munsch.com
kjaksa@munsch.com
jking@munsch.com

**ATTORNEYS FOR SCOTT M. SEIDEL, TRUSTEE**

**KANE RUSSELL COLEMAN LOGAN PC**

*/s/ John Kane*
John J. Kane, Esq.
Texas Bar No. 24066794
Kyle Woodard
Texas Bar No. 24102661
JaKayla J. DaBera
Texas Bar No. 24129114
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4261
jkane@krcl.com
kwoodard@krcl.com
jdabera@krcl.com

**ATTORNEY FOR DEFENDANTS.**

United States Bankruptcy Court
Northern District of Texas

Seidel,
Plaintiff
Parmerlee,
Defendant

Adv. Proc. No. 25-03115-sgj

# CERTIFICATE OF NOTICE

District/off: 0539-3 User: admin Page 1 of 3
Date Rcvd: Jan 16, 2026 Form ID: pdf001 Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Golden Operating Corporation, 1131 Rockingham Dr. #250, Richardson, TX 75080-4326 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jan 16 2026 21:48:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Jan 16 2026 21:48:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jan 16 2026 21:48:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Jan 16 2026 21:48:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| pla | + | Email/Text: scott@scottseidel.com | Jan 16 2026 21:40:00 | Scott M. Seidel, SEIDEL LAW FIRM, 6505 West Park Blvd., Suite 306, Plano, TX 75093-6212 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Clark | on behalf of Defendant F.P. Grapevine 2023 LLC bclark@krcl.com |
| Brian Clark | on behalf of Defendant Golden Operating Corporation bclark@krcl.com |
| Brian Clark | on behalf of Defendant GFC Leasing Corp. LLC bclark@krcl.com |
| Brian Clark | on behalf of Defendant MP Interests Management LLC bclark@krcl.com |
| Brian Clark | on behalf of Defendant David Rutowski bclark@krcl.com |
| Brian Clark | on behalf of Defendant F.P. Fort Worth 2022 LLC bclark@krcl.com |
| Brian Clark | on behalf of Defendant Cheryl Bullard bclark@krcl.com |
| Brian Clark | on behalf of Defendant Chris Mitchell bclark@krcl.com |
| Brian Clark | on behalf of Defendant MP Interests Ltd. bclark@krcl.com |
| Brian Clark | on behalf of Defendant Mark Parmerlee bclark@krcl.com |
| Brian Clark | on behalf of Defendant James Maxwell bclark@krcl.com |
| Brian Clark | on behalf of Defendant Michael Parmerlee bclark@krcl.com |
| Brian Clark | on behalf of Defendant Lenpar LLC bclark@krcl.com |
| Brian Clark | on behalf of Defendant Matthew Parmerlee bclark@krcl.com |
| Brian Clark | on behalf of Defendant Henry Leonard bclark@krcl.com |
| Brian Clark | on behalf of Defendant Marshall Fisco bclark@krcl.com |
| Brian Clark | on behalf of Defendant Nancy Jacobi bclark@krcl.com |
| Brian Clark | on behalf of Defendant Diane Parmerlee bclark@krcl.com |
| Brian Clark | on behalf of Defendant Golden Tree Restaurants LLC bclark@krcl.com |
| Jacob J King | on behalf of Plaintiff Scott M. Seidel jking@munsch.com CourtMail@munsch.com |
| James Kyle Jaksa | on behalf of Plaintiff Scott M. Seidel kjaksa@munsch.com CourtMail@munsch.com |
| Kyle Woodard | on behalf of Defendant Diane Parmerlee kwoodard@krcl.com KWoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Kyle Woodard | on behalf of Defendant Golden Operating Corporation kwoodard@krcl.com KWoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Kyle Woodard | |

| | |
|---|---|
| | on behalf of Defendant Henry Leonard kwoodard@krcl.com KWoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Kyle Woodard | on behalf of Defendant Lenpar LLC kwoodard@krcl.com, KWoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Kyle Woodard | on behalf of Defendant James Maxwell kwoodard@krcl.com KWoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Kyle Woodard | on behalf of Defendant Nancy Jacobi kwoodard@krcl.com KWoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Kyle Woodard | on behalf of Defendant Michael Parmerlee kwoodard@krcl.com KWoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Kyle Woodard | on behalf of Defendant Mark Parmerlee kwoodard@krcl.com KWoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Kyle Woodard | on behalf of Defendant Matthew Parmerlee kwoodard@krcl.com KWoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Kyle Woodard | on behalf of Defendant Cheryl Bullard kwoodard@krcl.com KWoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Kyle Woodard | on behalf of Defendant Marshall Fisco kwoodard@krcl.com KWoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Kyle Woodard | on behalf of Defendant Golden Tree Restaurants LLC kwoodard@krcl.com, KWoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Kyle Woodard | on behalf of Defendant F.P. Grapevine 2023 LLC kwoodard@krcl.com, KWoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Kyle Woodard | on behalf of Defendant F.P. Fort Worth 2022 LLC kwoodard@krcl.com, KWoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Kyle Woodard | on behalf of Defendant Chris Mitchell kwoodard@krcl.com KWoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Kyle Woodard | on behalf of Defendant GFC Leasing Corp. LLC kwoodard@krcl.com, KWoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Kyle Woodard | on behalf of Defendant MP Interests Management LLC kwoodard@krcl.com, KWoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Kyle Woodard | on behalf of Defendant MP Interests Ltd. kwoodard@krcl.com, KWoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Kyle Woodard | on behalf of Defendant David Rutowski kwoodard@krcl.com KWoodard@ecf.courtdrive.com;ecf@krcl.com;srhea@krcl.com |
| Thomas Daniel Berghman | on behalf of Plaintiff Scott M. Seidel tberghman@munsch.com amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com |

TOTAL: 41