**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LENPAR OPERATIONS, LLC, | § | Case No. 23-32492-sgj7 |
| | § | |
| Debtor. | § | Chapter 7 |
| | § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Adv. Proc. No. 25-03115-sgj |
| MARK PARMERLEE, MICHAEL PARMERLEE, DIANE PARMERLEE, MATTHEW PARMERLEE, HENRY LEONARD, CHRIS MITCHELL, LENPAR, LLC, GOLDEN TREE RESTAURANTS, LLC, MP INTERESTS, LTD., F.P. GRAPEVINE 2023, LLC, F.P. FORT WORTH 2022, LLC, GFC LEASING CORP., LLC, MP INTERESTS MANAGEMENT, LLC, GOLDEN OPERATING CORPORATION, MARSHALL FISCO JR., JAMES MAXWELL, NANCY JACOBI, DAVID RUTOWSKI, AND CHERYL BULLARD, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**FOURTH AMENDED NOTICE OF HEARING**

**[Relates to Docket No. 28]**

**PLEASE TAKE NOTICE** that a hearing will be held on **<u>Monday, June 1, 2026, at 9:30 a.m.</u>**, prevailing central time, before the Honorable Stacey G. Jernigan, United States Bankruptcy



11952346v1 (72953.00007.000)

Judge for the Northern District of Texas, Dallas Division, 1100 Commerce Street, 14th Floor, Courtroom 1, Dallas, Texas 75242, to consider the following matters:

- *Defendants' Motion to Dismiss Trustee's Original Complaint, or in the Alternative, Motion for More Definite Statement, and Brief in Support* [Dkt No. 28]

**PLEASE TAKE FURTHER NOTICE** that parties may attend the hearing remotely using the following information:

**For WebEx Video Participation/Attendance:**
Link: https://us-courts.webex.com/meet/jerniga

**For WebEx Telephonic Only Participation/Attendance:**
Dial-In: 650-479-3207
Access Code: 2304 154 2638

**PLEASE TAKE FURTHER NOTICE** that prior to the hearing, parties should review the Court's WebEx Hearing Instructions listed on Judge Jernigan's webpage:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/chief-judge-jernigans-hearing-dates

*[remainder of page left intentionally blank]*

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: *<u>/s/ Brian W. Clark</u>*
Michael A. Logan
State Bar No. 12497500
E-Mail: mlogan@krcl.com
Brian W. Clark
State Bar No. 24032075
E-Mail: bclark@krcl.com
John Kane
State Bar No. 24066794
E-Mail: jkane@krcl.com
Kyle Woodard
State Bar No. 24102661
E-Mail: kwoodard@krcl.com

901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4294
Facsimile: (214) 777-4299

**Counsel for Mark Parmerlee, Michael Parmerlee, Diane Parmerlee, Matthew Parmerlee, Lenpar, LLC, Golden Tree Restaurants, LLC, MP Interests, Ltd., F.P. Grapevine 2023, LLC, F.P. Fort Worth 2022, LLC, GFC Leasing Corp., LLC, MP Interests Management, LLC, Golden Operating Corporation, Marshall Fisco Jr., James Maxwell, Nancy Jacobi, David Rutowski, and Cheryl Bullard**

## CERTIFICATE OF SERVICE

This is to certify that on April 22, 2026, a true and correct copy of the foregoing has been served by ECF on all counsel of record.

*/s/Brian W. Clark* `
Brian W. Clark