Thomas D. Berghman
Texas Bar No. 24082683
Jacob J. King
Texas Bar No. 24136951
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
E-mail: tberghman@munsch.com
jking@munsch.com

GENERAL COUNSEL TO
SCOTT M. SEIDEL, CHAPTER 7 TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-32492-sgj7 |
| LENPAR OPERATIONS, LLC, | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. No. 25-03115-sgj |
| | § | |
| MARK PARMERLEE, MICHAEL PARMERLEE, DIANE PARMERLEE, MATTHEW PARMERLEE, HENRY LEONARD, CHRIS MITCHELL, LENPAR, LLC, GOLDEN TREE RESTAURANTS, LLC, MP INTERESTS, LTD., F.P. GRAPEVINE 2023, LLC, F.P. FORT WORTH 2022, LLC, GFC LEASING CORP., LLC, MP INTERESTS MANAGEMENT, LLC, GOLDEN OPERATING CORPORATION, MARSHALL FISCO JR., JAMES MAXWELL, NANCY JACOBI, DAVID RUTOWSKI, AND CHERYL BULLARD | § | |
| | § | |
| Defendant(s). | § | |

# DECLARATION OF JACOB J. KING

1. This declaration is made in lieu of a sworn affidavit as permitted under 28 U.S.C. § 1746(2).

2. My name is Jacob J. King. I am over the age of twenty-one (21) years, of sound mind, have never been convicted of a felony or crime of moral turpitude, and have personal knowledge of the facts set forth below and know them to be true and correct as stated.

3. I am an attorney licensed to practice law in the State of Texas and have been a member of the Texas bar in good standing since October of 2023. I am also admitted to practice before the United States District Court for the Northern District of Texas, among other courts. I am executing this declaration in support of *Motion for Clerk's Entry of Default Against Henry Leonard* and *Motion for Clerk's Entry of Default Against Chris Mitchell* (together, the "Motions") filed by Scott M. Seidel (the "Trustee"), the duly appointed Chapter 7 trustee of the bankruptcy estate (the "Estate") of Lenpar Operations, LLC (the "Debtor"), the debtor in the above styled and numbered Chapter 7 bankruptcy case (the "Bankruptcy Case"), and the plaintiff in the above styled and numbered adversary proceeding (the "Adversary Proceeding").

4. I am an associate at the law firm of Munsch Hardt Kopf & Harr, P.C. My office address is 500 N. Akard Street, Suite 4000, Dallas, Texas 75201, Telephone (214) 855-7500, Facsimile (214) 978-4305, E-mail: jking@munsch.com.

5. On October 30, 2025, the Trustee filed his *Original Complaint* [Docket No. 1] (the "Complaint") initiating this Adversary Proceeding against the following defendants (each a "Defendant," and together, the "Defendants"):

   i. Mark Parmerlee;

   ii. Michael Parmerlee;

iii. Diane Parmerlee;

iv. Matthew Parmerlee;

v. Henry Leonard;

vi. Chris Mitchell;

vii. Lenpar, LLC;

viii. Golden Tree Restaurants, LLC;

ix. MP Interests, Ltd.;

x. F.P. Grapevine 2023, LLC;

xi. F.P. Fort Worth 2022, LLC;

xii. GFC Leasing Corp., LLC;

xiii. MP Interests Management, LLC;

xiv. Golden Operating Corporation;

xv. Marshall Fisco Jr.;

xvi. James Maxwell;

xvii. Nancy Jacobi;

xviii. David Rutowski; and

xix. Cheryl Bullard.

6. On October 31, 2025, summons were issued by the Clerk, which the Trustee served on that same day on each Defendant by U.S. first class mail, postage prepaid. *See Summons in an Adversary Proceeding* [Docket No. 3]; *see also Summons Service Executed* [Docket No. 6–25].

7. Under Bankruptcy Rule 7012, each Defendant was required to answer or otherwise respond to the Complaint by December 1, 2025–the first business day which occurred thirty (30) days after the issuance of the summons. FED. R. BANKR. P. 7012(a).

8. Defendants (i) Mark Parmerlee; (ii) Michael Parmerlee; (iii) Diane Parmerlee; (iv) Matthew Parmerlee; (v) Lenpar, LLC; (vi) Golden Tree Restaurants, LLC; (vii) MP Interests, Ltd.; (viii) F.P. Grapevine 2023, LLC; (ix) F.P. Fort Worth 2022, LLC; (x) GFC Leasing Corp., LLC; (xi) MP Interests Management, LLC; (xii) Golden Operating Corporation; (xiii) Marshall Fisco Jr.; (xiv) James Maxwell; (xv) Nancy Jacobi; (xvi) David Rutowski; and (xvii) Cheryl Bullard each answered the Complaint.

9. However, as of the date of this Declaration, (i) neither I nor Munsch Hardt have been served with any answer or motion regarding the summons or Complaint; (ii) the docket of this Adversary Proceeding reflects that no answer or motion regarding the summons or Complaint has been filed; and (iii) no request to extend the deadline to answer or otherwise respond has been granted from the Court or requested from myself or Munsch Hardt, for Chris Mitchell.

10. Proof of service for Chris Mitchell is on file at docket entry number 11. *See Summons Service Executed* [Docket No. 11]. No answer or other responsive pleading has been filed by Chris Mitchell.

11. Chris Mitchell is not an infant, incompetent, or in the military service.

12. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 9th day of July 2026

By: */s/ Jacob J. King*
Jacob J. King