BTXN 027 (rev. 04/26)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re: | | § | |
| Lenpar Operations, LLC | | § | |
| | | § | Case No.: 23−32492−sgj7 |
| | Debtor(s) | § | Chapter No.: 7 |
| Scott M. Seidel | | § | |
| | Plaintiff(s) | § | Adversary No.: 25−03115−sgj |
| vs. | | § | |
| Mark Parmerlee et al. | | § | |
| | Defendant(s) | § | |

Dear Kasey Obenshain:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient. Our review indicates that this case requires:

- ☐ Case Status
- ☐ An Order in resolution of
- ☐ A Notice of Hearing on
- ☑ An Amendment or Correction to a filing as follows The current motion refers to your role as attorney for both defendant(s) and plaintiff(s). Please file an amended motion to substitute attorney to clarify which party you represent in the title and body of the motion.
- ☐ The following additional Filing:

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 14 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED: 9/17/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Julia Sikes, Deputy Clerk
Julia_Sikes@txnb.uscourts.gov