Sidney H. Scheinberg, Esq.
State Bar No. 17736620
Email: SScheinberg@GodwinBowman.com
Telephone: 214.939.4501
Fax: 214.527.3139
Kasey Lynn Obenshain
State Bar No. 24147015
Email: KObenshain@GodwinBowman.com
Telephone: 214.939.4426
Godwin Bowman, PC
Ross Tower 500 N. Akard, Suite 1100
Dallas, Texas 75201-3499
**COUNSEL FOR DEFENDANTS**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE:<br><br>LENPAR OPERATIONS, LLC<br><br><br>Debtor(s). | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 23-32492 (SGJ)<br><br>Chapter 7 |
| SCOTT M. SEIDEL, TRUSTEE,<br>*Plaintiff,*<br><br>v.<br><br>MARK PARMERLEE, MICHAEL PARMERLEE, DIANE PARMERLEE, MATTHEW PARMERLEE, HENRY LEONARD, CHRIS MITCHELL, LENPAR, LLC, GOLDEN TREE RESTAURANTS, LLC, MP INTERESTS, LTD., F.P. GRAPEVINE 2023, LLC, F.P. FORT WORTH 2022, LLC, GFC LEASING CORP., LLC, MP INTERESTS MANAGEMENT, LLC, GOLDEN OPERATING CORPORATION, MARSHALL FISCO JR., JAMES MAXWELL, NANCY JACOBI, DAVID RUTOWSKI, AND CHERYL BULLARD,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adversary Case 25-03115(SGJ) |

# MOTION TO WITHDRAW DEFENDANTS' AMENDED MOTION TO SUBSTITUTE ATTORNEY

[Docket No. 45]

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Mark Parmerlee, Michael Parmerlee, Diane Parmerlee, Matthew Parmerlee, Henry Leonard, Chris Mitchell, Lenpar, LLC, Golden Tree Restaurants, LLC, MP Interests, Ltd., F.P. Grapevine 2023, LLC, F.P. Fort Worth 2022, LLC, GFC Leasing Corp., LLC, MP Interests Management, LLC, Golden Operating Corporation, Marshall Fisco Jr., James Maxwell, Nancy Jacobi, David Rutowski, And Cheryl Bullard, (collectively, the "Defendants"), and makes this, its Motion to Withdraw Defendants' Amended Motion to Substitute Attorney [Docket. No. 45] (the "Incorrect Motion"), for reason that counsel for Defendants inadvertently filed the Incorrect Motion stating representation of the wrong party. Defendants have since uploaded a new Motion to Substitute Attorney as Docket No. 46.

**WHEREFORE, PREMISES CONSIDERED,** Mark Parmerlee, Michael Parmerlee, Diane Parmerlee, Matthew Parmerlee, Henry Leonard, Chris Mitchell, Lenpar, LLC, Golden Tree Restaurants, LLC, MP Interests, Ltd., F.P. Grapevine 2023, LLC, F.P. Fort Worth 2022, LLC, GFC Leasing Corp., LLC, MP Interests Management, LLC, Golden Operating Corporation, Marshall Fisco Jr., James Maxwell, Nancy Jacobi, David Rutowski, And Cheryl Bullard, prays the Court enter the attached Order Withdrawing the Incorrect Motion.

Respectfully submitted,

Godwin Bowman PC

BY: /s/ Sidney H. Scheinberg

Sidney H. Scheinberg, Esq.
State Bar No. 17736620
Kasey Obenshain, Esq.
State Bar No. 24147015
Godwin Bowman PC
500 N Akard, Suite 1100
Dallas, TX 75201
Telephone: (214) 939-4501
Fax: (214) 527-3116
Email: SScheinberg@GodwinBowman.com
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 16th day of September, 2026, a true and correct copy of the foregoing document was served on all parties and counsel of record set to received notice by the Court's ECF system.

*/s/ Sidney H. Scheinberg_*
Sidney H. Scheinberg

Dated: September 17, 2026

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 23-32492 (SGJ) |
| | § | |
| LENPAR OPERATIONS, LLC | § | Chapter 7 |
| | § | |
| | § | |
| Debtor(s). | § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE, | § | Adversary Case 25-03115(SGJ) |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| MARK PARMERLEE, MICHAEL PARMERLEE, DIANE PARMERLEE, MATTHEW PARMERLEE, HENRY LEONARD, CHRIS MITCHELL, LENPAR, LLC, GOLDEN TREE RESTAURANTS, LLC, MP INTERESTS, LTD., F.P. GRAPEVINE 2023, LLC, F.P. FORT WORTH 2022, LLC, GFC LEASING CORP., LLC, MP INTERESTS MANAGEMENT, LLC, GOLDEN OPERATING | § § § § § § § § § § § | |

| | |
|---|---|
| CORPORATION, MARSHALL FISCO JR., JAMES MAXWELL, NANCY JACOBI, DAVID RUTOWSKI, AND CHERYL BULLARD, *Defendants*. | §<br>§<br>§<br>§ |

**ORDER GRANTING MOTION TO WITHDRAW DEFENDANTS' AMENDED MOTION TO SUBSTITUTE ATTORNEY**

[Docket No. 45]

**BEFORE ME** came to be heard the motion of Mark Parmerlee, Michael Parmerlee, Diane Parmerlee, Matthew Parmerlee, Henry Leonard, Chris Mitchell, Lenpar, LLC, Golden Tree Restaurants, LLC, MP Interests, Ltd., F.P. Grapevine 2023, LLC, F.P. Fort Worth 2022, LLC, GFC Leasing Corp., LLC, MP Interests Management, LLC, Golden Operating Corporation, Marshall Fisco Jr., James Maxwell, Nancy Jacobi, David Rutowski, And Cheryl Bullard (collectively, the "Defendants"), to withdraw its Amended Motion to Substitute Attorney [Docket No. 45], for reason that counsel for the Defendants inadvertently listed their representation for the wrong party in this action. The Court recognizes Docket No. 46 as the correct entry.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Withdraw Defendants' Amended Motion to Substitute Attorney is hereby granted and the Amended Motion to Substitute Attorney [Docket No. 45] is therefore Withdrawn.

**### END OF ORDER ###**