**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 23-32492 (SGJ) |
| | § | |
| LENPAR OPERATIONS, LLC | § | Chapter 7 |
| | § | |
| | § | |
| Debtor(s). | § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE, | § | Adversary Case 25-03115(SGJ) |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| MARK PARMERLEE, MICHAEL | § | |
| PARMERLEE, DIANE PARMERLEE, | § | |
| MATTHEW PARMERLEE, HENRY | § | |
| LEONARD, CHRIS MITCHELL, | § | |
| LENPAR, LLC, GOLDEN TREE | § | |
| RESTAURANTS, LLC, MP | § | |
| INTERESTS, LTD., F.P. GRAPEVINE | § | |
| 2023, LLC, F.P. FORT WORTH 2022, | § | |
| LLC, GFC LEASING CORP., LLC, MP | § | |
| INTERESTS MANAGEMENT, LLC, | § | |
| GOLDEN OPERATING | § | |

| | |
|---|---|
| CORPORATION, MARSHALL FISCO | § |
| JR., JAMES MAXWELL, NANCY | § |
| JACOBI, DAVID RUTOWSKI, AND | § |
| CHERYL BULLARD, | § |
| *Defendants*. | |

**ORDER GRANTING MOTION TO WITHDRAW DEFENDANTS' AMENDED MOTION TO SUBSTITUTE ATTORNEY**

[Docket No. 45]

**BEFORE ME** came to be heard the motion of Mark Parmerlee, Michael Parmerlee, Diane Parmerlee, Matthew Parmerlee, Henry Leonard, Chris Mitchell, Lenpar, LLC, Golden Tree Restaurants, LLC, MP Interests, Ltd., F.P. Grapevine 2023, LLC, F.P. Fort Worth 2022, LLC, GFC Leasing Corp., LLC, MP Interests Management, LLC, Golden Operating Corporation, Marshall Fisco Jr., James Maxwell, Nancy Jacobi, David Rutowski, And Cheryl Bullard (collectively, the "Defendants"), to withdraw its Amended Motion to Substitute Attorney [Docket No. 45], for reason that counsel for the Defendants inadvertently listed their representation for the wrong party in this action. The Court recognizes Docket No. 46 as the correct entry.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Withdraw Defendants' Amended Motion to Substitute Attorney is hereby granted and the Amended Motion to Substitute Attorney [Docket No. 45] is therefore Withdrawn.

**### END OF ORDER ###**