CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 17, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 23-32492 (SGJ) |
| | § | |
| LENPAR OPERATIONS, LLC | § | Chapter 7 |
| | § | |
| | § | |
| Debtor(s). | § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE, *Plaintiff,* | § | Adversary Case 25-03115(SGJ) |
| | § | |
| | § | |
| v. | § | |
| | § | |
| MARK PARMERLEE, MICHAEL PARMERLEE, DIANE PARMERLEE, MATTHEW PARMERLEE, HENRY LEONARD, CHRIS MITCHELL, LENPAR, LLC, GOLDEN TREE RESTAURANTS, LLC, MP INTERESTS, LTD., F.P. GRAPEVINE 2023, LLC, F.P. FORT WORTH 2022, LLC, GFC LEASING CORP., LLC, MP INTERESTS MANAGEMENT, LLC, | § § § § § § § § § § | |

GOLDEN OPERATING CORPORATION, MARSHALL FISCO JR., JAMES MAXWELL, NANCY JACOBI, DAVID RUTOWSKI, AND CHERYL BULLARD, §§§§§
*Defendants*.

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

At the request of Mark Parmerlee, Michael Parmerlee, Diane Parmerlee, Matthew Parmerlee, Henry Leonard, Chris Mitchell, Lenpar, LLC, Golden Tree Restaurants, LLC, MP Interests, Ltd., F.P. Grapevine 2023, LLC, F.P. Fort Worth 2022, LLC, GFC Leasing Corp., LLC, MP Interests Management, LLC, Golden Operating Corporation, Marshall Fisco Jr., James Maxwell, Nancy Jacobi, David Rutowski, And Cheryl Bullard (collectively, "Defendants"), the Court considered the Defendants' Unopposed Motion to Withdraw and Substitute Counsel ("Motion") for Defendants filed by its new attorney of record, Sidney H. Scheinberg and Kasey L. Obenshain and the law firm of Godwin Bowman PC, in the above-styled and numbered case, which Motion requested that Brian Clark and Kyle Woodard, Kane Russell Coleman Logan PC, be removed as counsel in this case.

Plaintiff does not oppose the Motion and current counsel for Defendants does not oppose the Motion.

The Court is of the opinion that the Motion is well taken and should be granted. It is therefore **ORDERED** that said Motion is in all things **GRANTED** and Brian Clark and Kyle Woodard, Kane Russell Coleman Logan PC be and are hereby withdrawn as attorneys of record for Defendants in this case.

The Court **ORDERS** that all notices in this case shall be delivered to the address as follows:

**Sidney H. Scheinberg, Esq.**
State Bar No. 17736620

Email: SScheinberg@GodwinBowman.com
Telephone: 214.939.4501
Fax: 214.527.3139
**Kasey Lynn Obenshain**
State Bar No. 24147015
Email: KObenshain@GodwinBowman.com
Telephone: 214.939.4426
Godwin Bowman, PC
Ross Tower 500 N. Akard, Suite 1100
Dallas, Texas 75201-3499

### END OF ORDER ###

Respectfully submitted,

**GODWIN | BOWMAN PC**

*/s/ Sidney H. Scheinberg*
Sidney H. Scheinberg, Esq.
State Bar No. 17736620
Email: SScheinberg@GodwinBowman.com
Telephone: 214.939.4501
Fax: 214.527.3139
Kasey Lynn Obenshain
State Bar No. 24147015
Email: KObenshain@GodwinBowman.com
Telephone: 214.939.4426
Godwin Bowman, PC
Ross Tower 500 N. Akard, Suite 1100
Dallas, Texas 75201-3499
**ATTORNEYS FOR DEFENDANTS**

**KANE RUSSELL COLEMAN LOGAN PC**

*/s/ Brian W. Clark*
Michael A. Logan
State Bar No. 12497500
E-Mail: mlogan@krcl.com
Brian W. Clark
State Bar No. 24032075
E-Mail: bclark@krcl.com
John Kane
State Bar No. 24066794
E-Mail: jkane@krcl.com
Kyle Woodard
State Bar No. 24102661
E-Mail: kwoodard@krcl.com
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4294
Facsimile: (214) 777-4299
**FORMER ATTORNEYS FOR DEFENDANTS**