United States Bankruptcy Court
Northern District of Texas

Seidel,
Plaintiff
Parmerlee,
Defendant

Adv. Proc. No. 25-03115-sgj

# CERTIFICATE OF NOTICE

District/off: 0539-3 User: admin Page 1 of 5
Date Rcvd: Sep 18, 2026 Form ID: pdf023 Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Golden Operating Corporation, 1131 Rockingham Dr. #250, Richardson, TX 75080-4326 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Sep 18 2026 21:55:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Sep 18 2026 21:55:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 18 2026 21:55:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 18 2026 21:55:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 18 2026 21:55:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Sep 18 2026 21:55:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 18 2026 21:55:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| pla | + | Email/Text: scott@scottseidel.com | Sep 18 2026 21:54:00 | Scott M. Seidel, SEIDEL LAW FIRM, 6505 West Park Blvd., Suite 306, Plano, TX 75093-6212 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Clark | on behalf of Defendant Golden Operating Corporation bclark@krcl.com |
| Brian Clark | on behalf of Defendant GFC Leasing Corp. LLC bclark@krcl.com |
| Brian Clark | on behalf of Defendant David Rutowski bclark@krcl.com |
| Brian Clark | on behalf of Defendant MP Interests Ltd. bclark@krcl.com |
| Brian Clark | on behalf of Defendant Mark Parmerlee bclark@krcl.com |
| Brian Clark | on behalf of Defendant Matthew Parmerlee bclark@krcl.com |
| Brian Clark | on behalf of Defendant Henry Leonard bclark@krcl.com |
| Brian Clark | on behalf of Defendant Nancy Jacobi bclark@krcl.com |
| Brian Clark | on behalf of Defendant Golden Tree Restaurants LLC bclark@krcl.com |
| Brian Clark | on behalf of Defendant F.P. Grapevine 2023 LLC bclark@krcl.com |
| Brian Clark | on behalf of Defendant MP Interests Management LLC bclark@krcl.com |
| Brian Clark | on behalf of Defendant F.P. Fort Worth 2022 LLC bclark@krcl.com |
| Brian Clark | on behalf of Defendant Chris Mitchell bclark@krcl.com |
| Brian Clark | on behalf of Defendant Cheryl Bullard bclark@krcl.com |
| Brian Clark | on behalf of Defendant James Maxwell bclark@krcl.com |
| Brian Clark | on behalf of Defendant Michael Parmerlee bclark@krcl.com |
| Brian Clark | on behalf of Defendant Lenpar LLC bclark@krcl.com |
| Brian Clark | on behalf of Defendant Marshall Fisco bclark@krcl.com |
| Brian Clark | on behalf of Defendant Diane Parmerlee bclark@krcl.com |
| Jacob J King | on behalf of Plaintiff Scott M. Seidel jking@munsch.com CourtMail@munsch.com |
| James Kyle Jaksa | |

| | |
|---|---|
| | on behalf of Plaintiff Scott M. Seidel kjaksa@munsch.com CourtMail@munsch.com |
| Kasey Obenshain | on behalf of Defendant Matthew Parmerlee kobenshain@godwinbowman.com |
| Kasey Obenshain | on behalf of Defendant David Rutowski kobenshain@godwinbowman.com |
| Kasey Obenshain | on behalf of Defendant Golden Tree Restaurants LLC kobenshain@godwinbowman.com |
| Kasey Obenshain | on behalf of Defendant Michael Parmerlee kobenshain@godwinbowman.com |
| Kasey Obenshain | on behalf of Defendant Mark Parmerlee kobenshain@godwinbowman.com |
| Kasey Obenshain | on behalf of Defendant Nancy Jacobi kobenshain@godwinbowman.com |
| Kasey Obenshain | on behalf of Defendant Cheryl Bullard kobenshain@godwinbowman.com |
| Kasey Obenshain | on behalf of Defendant Lenpar LLC kobenshain@godwinbowman.com |
| Kasey Obenshain | on behalf of Defendant Diane Parmerlee kobenshain@godwinbowman.com |
| Kasey Obenshain | on behalf of Defendant MP Interests Ltd. kobenshain@godwinbowman.com |
| Kasey Obenshain | on behalf of Defendant GFC Leasing Corp. LLC kobenshain@godwinbowman.com |
| Kasey Obenshain | on behalf of Defendant Henry Leonard kobenshain@godwinbowman.com |
| Kasey Obenshain | on behalf of Defendant James Maxwell kobenshain@godwinbowman.com |
| Kasey Obenshain | on behalf of Defendant Marshall Fisco kobenshain@godwinbowman.com |
| Kasey Obenshain | on behalf of Defendant MP Interests Management LLC kobenshain@godwinbowman.com |
| Kasey Obenshain | on behalf of Defendant F.P. Fort Worth 2022 LLC kobenshain@godwinbowman.com |
| Kasey Obenshain | on behalf of Defendant Golden Operating Corporation kobenshain@godwinbowman.com |
| Kasey Obenshain | on behalf of Defendant F.P. Grapevine 2023 LLC kobenshain@godwinbowman.com |
| Kasey Obenshain | on behalf of Defendant Chris Mitchell kobenshain@godwinbowman.com |
| Kyle Woodard | on behalf of Defendant James Maxwell kwoodard@krcl.com KWoodard@ecf.courtdrive.com;srhea@krcl.com;ecf@krcl.com |
| Kyle Woodard | on behalf of Defendant Nancy Jacobi kwoodard@krcl.com KWoodard@ecf.courtdrive.com;srhea@krcl.com;ecf@krcl.com |
| Kyle Woodard | on behalf of Defendant Mark Parmerlee kwoodard@krcl.com KWoodard@ecf.courtdrive.com;srhea@krcl.com;ecf@krcl.com |
| Kyle Woodard | on behalf of Defendant Cheryl Bullard kwoodard@krcl.com KWoodard@ecf.courtdrive.com;srhea@krcl.com;ecf@krcl.com |
| Kyle Woodard | on behalf of Defendant F.P. Grapevine 2023 LLC kwoodard@krcl.com, KWoodard@ecf.courtdrive.com;srhea@krcl.com;ecf@krcl.com |
| Kyle Woodard | on behalf of Defendant F.P. Fort Worth 2022 LLC kwoodard@krcl.com, KWoodard@ecf.courtdrive.com;srhea@krcl.com;ecf@krcl.com |
| Kyle Woodard | on behalf of Defendant David Rutowski kwoodard@krcl.com KWoodard@ecf.courtdrive.com;srhea@krcl.com;ecf@krcl.com |
| Kyle Woodard | |

on behalf of Defendant Diane Parmerlee kwoodard@krcl.com KWoodard@ecf.courtdrive.com;srhea@krcl.com;ecf@krcl.com

Kyle Woodard
on behalf of Defendant Golden Operating Corporation kwoodard@krcl.com KWoodard@ecf.courtdrive.com;srhea@krcl.com;ecf@krcl.com

Kyle Woodard
on behalf of Defendant Henry Leonard kwoodard@krcl.com KWoodard@ecf.courtdrive.com;srhea@krcl.com;ecf@krcl.com

Kyle Woodard
on behalf of Defendant Lenpar LLC kwoodard@krcl.com, KWoodard@ecf.courtdrive.com;srhea@krcl.com;ecf@krcl.com

Kyle Woodard
on behalf of Defendant Michael Parmerlee kwoodard@krcl.com KWoodard@ecf.courtdrive.com;srhea@krcl.com;ecf@krcl.com

Kyle Woodard
on behalf of Defendant Matthew Parmerlee kwoodard@krcl.com KWoodard@ecf.courtdrive.com;srhea@krcl.com;ecf@krcl.com

Kyle Woodard
on behalf of Defendant Marshall Fisco kwoodard@krcl.com KWoodard@ecf.courtdrive.com;srhea@krcl.com;ecf@krcl.com

Kyle Woodard
on behalf of Defendant Golden Tree Restaurants LLC kwoodard@krcl.com, KWoodard@ecf.courtdrive.com;srhea@krcl.com;ecf@krcl.com

Kyle Woodard
on behalf of Defendant Chris Mitchell kwoodard@krcl.com KWoodard@ecf.courtdrive.com;srhea@krcl.com;ecf@krcl.com

Kyle Woodard
on behalf of Defendant GFC Leasing Corp. LLC kwoodard@krcl.com, KWoodard@ecf.courtdrive.com;srhea@krcl.com;ecf@krcl.com

Kyle Woodard
on behalf of Defendant MP Interests Management LLC kwoodard@krcl.com, KWoodard@ecf.courtdrive.com;srhea@krcl.com;ecf@krcl.com

Kyle Woodard
on behalf of Defendant MP Interests Ltd. kwoodard@krcl.com, KWoodard@ecf.courtdrive.com;srhea@krcl.com;ecf@krcl.com

Sidney H. Scheinberg
on behalf of Defendant F.P. Grapevine 2023 LLC sscheinberg@godwinbowman.com, sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Sidney H. Scheinberg
on behalf of Defendant Lenpar LLC sscheinberg@godwinbowman.com, sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Sidney H. Scheinberg
on behalf of Defendant Golden Tree Restaurants LLC sscheinberg@godwinbowman.com, sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Sidney H. Scheinberg
on behalf of Defendant Marshall Fisco sscheinberg@godwinbowman.com sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Sidney H. Scheinberg
on behalf of Defendant Michael Parmerlee sscheinberg@godwinbowman.com sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Sidney H. Scheinberg
on behalf of Defendant MP Interests Ltd. sscheinberg@godwinbowman.com, sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Sidney H. Scheinberg
on behalf of Defendant GFC Leasing Corp. LLC sscheinberg@godwinbowman.com, sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Sidney H. Scheinberg
on behalf of Defendant Nancy Jacobi sscheinberg@godwinbowman.com sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Sidney H. Scheinberg
on behalf of Defendant Diane Parmerlee sscheinberg@godwinbowman.com sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Sidney H. Scheinberg
on behalf of Defendant F.P. Fort Worth 2022 LLC sscheinberg@godwinbowman.com, sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Sidney H. Scheinberg
on behalf of Defendant Golden Operating Corporation sscheinberg@godwinbowman.com sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Sidney H. Scheinberg
on behalf of Defendant MP Interests Management LLC sscheinberg@godwinbowman.com, sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Sidney H. Scheinberg
on behalf of Defendant Henry Leonard sscheinberg@godwinbowman.com sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Sidney H. Scheinberg
on behalf of Defendant David Rutowski sscheinberg@godwinbowman.com sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Sidney H. Scheinberg
on behalf of Defendant James Maxwell sscheinberg@godwinbowman.com sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Sidney H. Scheinberg
on behalf of Defendant Matthew Parmerlee sscheinberg@godwinbowman.com sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Sidney H. Scheinberg
on behalf of Defendant Cheryl Bullard sscheinberg@godwinbowman.com sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Sidney H. Scheinberg
on behalf of Defendant Mark Parmerlee sscheinberg@godwinbowman.com sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Sidney H. Scheinberg
on behalf of Defendant Chris Mitchell sscheinberg@godwinbowman.com sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Thomas Daniel Berghman
on behalf of Plaintiff Scott M. Seidel tberghman@munsch.com amays@munsch.com,CourtMail@munsch.com;hvalentine@munsch.com

TOTAL: 79

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 17, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 23-32492 (SGJ) |
| | § | |
| LENPAR OPERATIONS, LLC | § | Chapter 7 |
| | § | |
| | § | |
| Debtor(s). | § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE, | § | Adversary Case 25-03115(SGJ) |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| MARK PARMERLEE, MICHAEL | § | |
| PARMERLEE, DIANE PARMERLEE, | § | |
| MATTHEW PARMERLEE, HENRY | § | |
| LEONARD, CHRIS MITCHELL, | § | |
| LENPAR, LLC, GOLDEN TREE | § | |
| RESTAURANTS, LLC, MP | § | |
| INTERESTS, LTD., F.P. GRAPEVINE | § | |
| 2023, LLC, F.P. FORT WORTH 2022, | § | |
| LLC, GFC LEASING CORP., LLC, MP | § | |
| INTERESTS MANAGEMENT, LLC, | § | |

| | |
|---|---|
| GOLDEN OPERATING | § |
| CORPORATION, MARSHALL FISCO | § |
| JR., JAMES MAXWELL, NANCY | § |
| JACOBI, DAVID RUTOWSKI, AND | § |
| CHERYL BULLARD, | § |
| *Defendants*. | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

At the request of Mark Parmerlee, Michael Parmerlee, Diane Parmerlee, Matthew Parmerlee, Henry Leonard, Chris Mitchell, Lenpar, LLC, Golden Tree Restaurants, LLC, MP Interests, Ltd., F.P. Grapevine 2023, LLC, F.P. Fort Worth 2022, LLC, GFC Leasing Corp., LLC, MP Interests Management, LLC, Golden Operating Corporation, Marshall Fisco Jr., James Maxwell, Nancy Jacobi, David Rutowski, And Cheryl Bullard (collectively, "Defendants"), the Court considered the Defendants' Unopposed Motion to Withdraw and Substitute Counsel ("Motion") for Defendants filed by its new attorney of record, Sidney H. Scheinberg and Kasey L. Obenshain and the law firm of Godwin Bowman PC, in the above-styled and numbered case, which Motion requested that Brian Clark and Kyle Woodard, Kane Russell Coleman Logan PC, be removed as counsel in this case.

Plaintiff does not oppose the Motion and current counsel for Defendants does not oppose the Motion.

The Court is of the opinion that the Motion is well taken and should be granted. It is therefore **ORDERED** that said Motion is in all things **GRANTED** and Brian Clark and Kyle Woodard, Kane Russell Coleman Logan PC be and are hereby withdrawn as attorneys of record for Defendants in this case.

The Court **ORDERS** that all notices in this case shall be delivered to the address as follows:

**Sidney H. Scheinberg, Esq.**
State Bar No. 17736620

Email: SScheinberg@GodwinBowman.com
Telephone: 214.939.4501
Fax: 214.527.3139
**Kasey Lynn Obenshain**
State Bar No. 24147015
Email: KObenshain@GodwinBowman.com
Telephone: 214.939.4426
Godwin Bowman, PC
Ross Tower 500 N. Akard, Suite 1100
Dallas, Texas 75201-3499

### END OF ORDER ###

Respectfully submitted,

**GODWIN | BOWMAN PC**

_/s/ Sidney H. Scheinberg_
Sidney H. Scheinberg, Esq.
State Bar No. 17736620
Email: SScheinberg@GodwinBowman.com
Telephone: 214.939.4501
Fax: 214.527.3139
Kasey Lynn Obenshain
State Bar No. 24147015
Email: KObenshain@GodwinBowman.com
Telephone: 214.939.4426
Godwin Bowman, PC
Ross Tower 500 N. Akard, Suite 1100
Dallas, Texas 75201-3499
**ATTORNEYS FOR DEFENDANTS**

**KANE RUSSELL COLEMAN LOGAN PC**

*/s/ Brian W. Clark*
Michael A. Logan
State Bar No. 12497500
E-Mail: mlogan@krcl.com
Brian W. Clark
State Bar No. 24032075
E-Mail: bclark@krcl.com
John Kane
State Bar No. 24066794
E-Mail: jkane@krcl.com
Kyle Woodard
State Bar No. 24102661
E-Mail: kwoodard@krcl.com
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4294
Facsimile: (214) 777-4299
**FORMER ATTORNEYS FOR DEFENDANTS**